## Commonwealth *v.* Emerick, Appellant.

Submitted November 12, 1973. *John R. Cook* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Emeryville Trucking Co. et al., Appellants.

Argued November 13, 1973. *S. Louis Farino,* for appellants; *Larry P. Gaitens,* for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.